UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SAWYER, *individually and on behalf of a class of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SOLUTIONS AT HOME, INC; and LINCARE INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:   No. 5:16-cv-5674<br>:<br>:<br>:<br>:<br>: |

## **O R D E R**

**AND NOW**, this 25th day of April, 2018, upon consideration of Plaintiff's Pre-Discovery Motion for Conditional Certification and Court-Supervised Notice Pursuant to 29 U.S.C. § 216(b), ECF No. 18, Defendants' Brief in Opposition, ECF No. 25, and Plaintiff's Reply in Support, ECF No. 26, and for the reasons discussed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion is **GRANTED IN PART** to the extent that a collective action is conditionally certified with respect to Plaintiff's claims concerning Defendants' failure to pay employees for all hours worked. The collective shall include "all current and former hourly Service Representatives (drivers) and Customer Service Representatives who worked for Defendants at Defendants' Hanover, Harrisburg, Lancaster, Wyomissing, and York locations in Pennsylvania at any time on or after March 15, 2014."

2. The parties shall confer and reach agreement on a protocol for the production of contact information as well as the form and content of the notice to be sent to the

potential members of the collective action, consistent with the Opinion issued this date. The parties shall file a Joint Motion for Approval of Court-Facilitated Notice **within twenty-one days** of the date of this Order.

3. The deadlines set forth in Paragraph 3 of this Court's Order of June 2, 2017, ECF No. 33, governing further proceedings following a grant of Plaintiff's Motion are now in effect.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge