UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SAWYER, *individually and on behalf of a class of all others similarly situated*, | : : : |
| Plaintiff, | : : |
| v. | : No. 5:16-cv-5674 |
| | : |
| HEALTH CARE SOLUTIONS AT HOME, INC; and LINCARE INC., | : : : |
| Defendants. | : : |

# **O R D E R**

**AND NOW**, this 11th day of December, 2018, upon consideration of the parties' joint Motion for Leave to File Settlement Agreement Under Seal, or in the Alternative, for an *In Camera* Inspection of December 7, 2018, ECF No. 48, **IT IS ORDERED THAT** the parties' motion is **DENIED without prejudice**.[1] The parties shall, **within seven days** of the date of this order, either (1) file a renewed motion for leave to file the agreement under seal or for *in camera* review or (2) file a joint motion for settlement approval.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Although the parties have filed their motion jointly and state that confidentiality is a term of their settlement agreement, they have not made a sufficient showing in this case to overcome the strong presumption of public access to settlement agreements filed for court approval. *See Cuttic v. Crozer–Chester Med. Ctr.*, 868 F.Supp.2d 464, 466 (E.D. Pa. 2012). *See also Vargas v. Gen. Nutrition Centers, Inc.*, No. 2:10-CV-867, 2015 WL 4155449, at *1 (W.D. Pa. Mar. 20, 2015). This Court will consider a renewed motion to file the agreement under seal if the parties can make such a showing.

121018