## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY SAWYER**<br><br>             Plaintiff,<br><br>vs.<br><br>**HEALTH CARE SOLUTIONS AT HOME INC. d/b/a LINCARE and LINCARE INC.**<br><br>             Defendants. | **Case No. 5:16-cv-05674-JFL** |

### JOINT MOTION FOR ENTRY OF STIPULATED AWARD OF PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES

The parties hereby jointly file this Motion for the Court to enter a stipulated award of attorneys' fees and expenses to Plaintiffs in the amount of $68,000, and state as follows:

1. Plaintiffs filed a Motion for Attorneys' Fees and Expenses ("Motion") on April 23, 2019 (Doc. 53).

2. Defendants filed a response in opposition to the Motion on May 14, 2019 (Doc. 56). Thereafter, on May 24, 2019, Plaintiffs filed an unopposed motion for an extension of time to file a Reply to give the parties an opportunity to explore a potential compromise of their respective positions (Doc. 57).

3. Counsel for Defendants has conferred with counsel for Plaintiffs and reached a mutually agreeable resolution of the Motion. Specifically, the parties have agreed to stipulate to the entry of an award of attorneys' fees and expenses to Plaintiffs in the amount of $68,000.

4. Consequently, the parties ask this Court to enter the proposed Order, attached as Exhibit A, and award Plaintiffs attorneys' fees and expenses in the amount of $68,000.

Date: June 10, 2019

Respectfully Submitted,

By: /s/ Nicholas R. Conlon
    Jason T. Brown
    Nicholas R. Conlon

**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000  Telephone
(855) 582-5297

Counsel for Plaintiffs

By: /s/ Marilyn G. Moran
    Marilyn G. Moran
    Florida Bar No. 0163813
    Email:  MMoran@fordharrison.com
    Admitted *pro hac vice*

**FORD HARRISON LLP**
300 South Orange Avenue, Suite 1300
Orlando, FL 32801
(407) 418-2310  Telephone
(407) 418-2327  Facsimile

Counsel for Defendants

## **CERTIFICATION REGARDING FILING AND SERVICE**

The undersigned hereby certifies that the parties' Joint Motion for Entry of Stipulated Award of Plaintiffs' Attorneys' Fees and Expenses was electronically filed with the Clerk of Court via the CM/ECF system on June 10, 2019.  The undersigned further certifies the foregoing joint stipulation was served upon all parties via ECF electronic filing on June 10, 2019.

    /s/ Marilyn G. Moran
    Marilyn G. Moran

WSACTIVELLP:10575666.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SAWYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SOLUTIONS AT HOME INC. and LINCARE INC.,<br><br>Defendants. | Civil Action No. 5:16-cv-05674-JFL |

## O R D E R

**AND NOW**, this _____ day of June, 2019, upon consideration of the parties' Joint Motion for Entry of a Stipulated Award of Plaintiffs' Attorneys' Fees and Expenses, filed on June 10, 2019, **IT IS ORDERED THAT:**

1. The parties' Joint Motion for Entry of an Award of Plaintiffs' Attorneys' Fees and Expenses is GRANTED.

2. Plaintiffs are entitled to recover attorneys' fees and expenses in the amount of $68,000 from Defendants.

3. Plaintiffs' Motion for Attorneys' Fees and Expenses (Doc. 53) is hereby DENIED as moot.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge

**EXHIBIT A**