UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY SAWYER, *individually and* :
*on behalf of a class of all others similarly situated*, :
:
                Plaintiff, :
:
                v. :     No. 5:16-cv-5674
:
HEALTH CARE SOLUTIONS AT HOME, INC; :
and LINCARE INC., :
:
              Defendants. :

# O R D E R

**AND NOW**, this 11th day of June, 2019, upon consideration of the parties' Joint Motion for Entry of a Stipulated Award of Plaintiffs' Attorneys' Fees and Expenses, ECF No. 59, **IT IS ORDERED THAT**:

1. The parties' Joint Motion is **GRANTED**.

2. Plaintiffs are awarded attorneys' fees and expenses in the amount of $68,000 from Defendants.

3. Plaintiffs' Motion for Attorneys' Fees and Expenses, ECF No. 53, is **DENIED as moot**.

4. This case is **CLOSED**.

                                              BY THE COURT:

                                              */s/ Joseph F. Leeson, Jr.*
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge